IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. JOSEPH A. MAYERCHECK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-611 |
| | ) | |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| BARBARA J. MAYERCHECK/ | ) | |
| TUCCIARONE, *et al*, | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On January 30, 2015, the Magistrate Judge issued a Report and Recommendation (Doc. 37) recommending that Defendants' Motions to Dismiss (Docs. 12, 14, 18, and 30) be granted, that the claims against the Commonwealth of Pennsylvania be *sua sponte* dismissed with prejudice, that Plaintiff's Motions for Summary Judgment (Docs. 16 and 17) be denied, and that the Amended Complaint be dismissed with prejudice. Service of the Report and Recommendation was made on the parties, and Plaintiff filed objections (Doc. 38). After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and Objections thereto, the following Order is entered:

Defendants' Motions to Dismiss (**Docs. 12, 14, 18, and 30**) are **GRANTED**, the claims against the Commonwealth of Pennsylvania are *sua sponte* dismissed with prejudice, Plaintiff's Motions for Summary Judgment (**Docs. 16 and 17**) are **DENIED**, and the Amended Complaint

is dismissed with prejudice. The Report and Recommendation of Magistrate Judge Lenihan, dated January 30, 2015, is adopted as the opinion of the District Court.

    IT IS SO ORDERED.

March 5, 2015                                                            s\Cathy Bissoon
                                                                            Cathy Bissoon
                                                                            United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Dr. Joseph A. Mayercheck
10 Thomas Jefferson Court
Irwin, PA 15642